**FOR PUBLICATION**

**UNITED STATES COURT OF APPEALS**

**FOR THE NINTH CIRCUIT**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff-Appellee,<br><br>v.<br><br>ROBERT COLLAZO, AKA Weasel,<br><br>Defendant-Appellant. | No. 15-50509<br><br>D.C. No.<br>3:13-cr-04514-BEN-7<br>Southern District of California,<br>San Diego<br><br>**ORDER** |
| UNITED STATES OF AMERICA,<br><br>Plaintiff-Appellee,<br><br>v.<br><br>LINO DELGADO-VIDACA, AKA Leonard Delgado, AKA Spanky,<br><br>Defendant-Appellant. | No. 16-50048<br><br>D.C. No.<br>3:13-cr-04514-BEN-1 |
| UNITED STATES OF AMERICA,<br><br>Plaintiff-Appellee,<br><br>v.<br><br>JULIO RODRIGUEZ, AKA Sniper,<br><br>Defendant-Appellant. | No. 16-50117<br><br>D.C. No.<br>3:13-cr-04514-BEN-4 |

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.  16-50195 |
| Plaintiff-Appellee, | D.C. No. 3:13-cr-04514-BEN-2 |
| v. | |
| STEVEN AMADOR, AKA Gordo, AKA Insane, | |
| Defendant-Appellant. | |

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.  16-50345 |
| Plaintiff-Appellee, | D.C. No. 3:13-cr-04514-BEN-3 |
| v. | |
| ISSAC BALLESTEROS, AKA Lazy, | |
| Defendant-Appellant. | |

**THOMAS**, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that these cases be heard en banc pursuant to Federal Rule of Appellate Procedure 35(a) and Circuit Rule 35-3.

Judge Owens did not participate in the deliberations or vote in these cases.